# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MIRAGE IP LLC** | § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:17-cv-00377-JRG-RSP |
| v. | § § | JURY TRIAL DEMANDED |
| **ANGIODYNAMICS INC.** | § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Joint Motion for Dismissal with Prejudice of all claims asserted in this action between Plaintiff Mirage IP LLC ("Plaintiff") and Defendant AngioDynamics Inc., ("Defendant"), the Joint Motion for Dismissal with Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 27th day of June, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE